UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA GOCHA,
        Plaintiff,

                                No. 1:10-cv-287

-v-

                                HONORABLE PAUL L. MALONEY

LAMAR HILL,
        Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

       This matter comes before the court on a report and recommendation filed by the bankruptcy judge pursuant to 28 U.S.C. § 157(c)(1). Subsection (c)(1) provides that, for non-core proceedings, a bankruptcy judge shall submit proposed findings of fact and conclusions of law to the district court for consideration and entry of final order or judgment. 28 U.S.C. § 157(c)(1). The procedures governing a section 157(c)(1) report are provided by Bankruptcy Rule 9033. *In re Edwards*, 104 B.R. 890, 896 (E.D. Tenn. 1989). Under Rule 9033, a party has 14 days after being served with a copy of the bankruptcy judge's report and recommendations to file written objections. Fed. R. Bankr. 9033(b). "The district judge shall make a de novo review upon the record or, after additional evidence, of any portion of the bankruptcy judge's findings of fact or conclusions of law to which specific written objection has been made in accordance with this rule." Fed. R. Bankr. 9033(d).

       More than 14 days have passed since the report was filed. The certificate of service attached to the report indicates both parties to the underlying bankruptcy proceeding were served with a copy of the report. No objections have been filed. The court finds the record supports the recommendations of the bankruptcy judge.

       Accordingly, the report and recommendation is **ADOPTED** as the opinion of this court.

Consistent with the recommendation of the Bankruptcy Judge and pursuant to 28 U.S.C. § 157(c)(1),

**JUDGMENT** in the amount of $6,000.00, together with interest at the statutory rate and costs of $250 is entered in favor of Plaintiff Lisa Gocha, Trustee and against Defendant Lamar Hill.

    **IT IS SO ORDERED.**

    **THIS ACTION IS TERMINATED.**


Date: May 18, 2010                          /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          Chief, United States District Judge